No. 412. KALMUS *v.* KALMUS ET AL. District Court of Appeal of California, Second Appellate District. Cer-

tiorari denied. *R. A. Rogers* for petitioner. *Frank B. Belcher* for respondents.